# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

*Plaintiff*

v.

Gladys Siguencia, et al

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for  Plaintiff  , certifies that this party is a non-governmental corporate party and that:

[X]  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

TKO Group Holdings, Inc.

### OR

[ ]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/Wayne D. Lonstein
Signature of Attorney

190 S. Main St, P.O. Box 351
Address

Ellenville, NY 12428
City/StateZip

12/5/2024
Date

DNJ-CMECF-005 (10/2018)